# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS DOYLE,<br><br>  Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; CALIFORNIA WATER SERVICE COMPANY LONG TERM DISABILITY PLAN; and DOES 1 to 10, Inclusive,<br><br>  Defendants. | Case No. 2:18-cv-02531 TJH(ASx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE [JS-6]** |

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 2:18-cv-02531 AB (ASx), is dismissed in its entirety as to all Defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that all dates are hereby vacated and taken off of the Court's calendar.

IT IS HEREBY FURTHER ORDERED that Plaintiff and Defendants shall bear its own attorneys' fees and costs in this matter.

IT IS SO ORDERED.

Dated: July 23, 2018

HON. TERRY J. HATTER, JR.,
United States District Judge

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

164794.1

Case No. 2:18-cv-02531 AB (ASx)
ORDER GRANTING STIPULATION TO
DISMISS ENTIRE ACTION WITH PREJUDICE